McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax: (916) 554-2900
DEBORAH L. STACHEL
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (916) 977-8943
Fax: (415) 744-0134
Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE,<br><br>     Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>     Defendant. | CASE NO. **2:04-CV-02055-PAN (JFM)**<br><br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

subject to the approval of the Court, that counsel for Plaintiff be awarded attorney's fees under the

Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND EIGHT HUNDRED

AND 00/100 DOLLARS ($3,800.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. §2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. §406(b).

The parties further stipulate that Plaintiff's counsel shall return to Defendant's counsel, and Defendant's counsel shall retain, a facsimile of this stipulation bearing counsel's signature, and that Defendant shall e-file the document pursuant to applicable local rules.

DATED:   June 30, 2006          /s/ Elizabeth L. Gade
                                ELIZABETH L. GADE
                                Attorney at Law

                                Attorney for Plaintiff

DATED:   June 30, 2006          McGREGOR W. SCOTT
                                United States Attorney

                                By: /s/ Bobby J. Montoya
                                DEBORAH L. STACHEL
                                Special Assistant U. S. Attorney

                                Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration

MOORE v. Barnhart
EAJA Stip & Order
2:04-cv-02055-PAN (JFM)                    2

1

<u>ORDER</u>

2

3    Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice

4    Act in the amount of $3,800.00, pursuant to the stipulation of the parties.

5

6    APPROVED AND SO ORDERED.

7

8    DATED:  July 21, 2006.

9

10

11                                         UNITED STATES MAGISTRATE JUDGE

12

13    13
      Moore.stipord.fees.ss.wpd

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOORE v. Barnhart
EAJA Stip & Order                                3
2:04-cv-02055-PAN (JFM)